375 P.2d 268

**EMPLOYMENT SECURITY COMMISSION of Arizona, Appellant,**

v.

**UNITED STATES FIDELITY & GUARANTY COMPANY, Surety; and Aetna Casualty and Surety Company, Surety, et al., Appellees.**

No. 7385.

Supreme Court of Arizona,

En Banc.

Oct. 4, 1962.

Robert W. Pickrell, Atty. Gen., Richard J. Daniels, Asst. Atty. Gen., Phoenix, for appellant.

Moore & Romley, Phoenix, for appellee United States Fidelity and Guaranty Company.

Cavanagh & O'Connor, Phoenix, for appellee Aetna Casualty and Surety Company.

PER CURIAM.

This case was consolidated for hearing and decision with Employment Security Commission v. Fish, 375 P.2d 20 because

the issues involved in each case are identical. The judgment of the trial court is affirmed for the reasons set forth in that case.